UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-CR-101-LEW |
| | ) | |
| LEANZA BONEY, | ) | |
| | ) | |
| Defendant | ) | |

## THIRD ORDER ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

On August 13, 2020, I granted Defendant Leanza Boney's request for appointment of counsel to assist him with his motion for compassionate release. Mr. Boney is serving a 57-month term of imprisonment on a conviction for trafficking in controlled substances. On August 31, 2020, counsel advocated for Mr. Boney's release in a brief that emphasizes Mr. Boney's good behavior, criminal history category, and access to supportive family in the event of early release. However, it is not apparent from the filings that counsel was able to uncover any "extraordinary and compelling" justifications for modification of Mr. Boney's sentence. 18 U.S.C. § 3582(c)(1)(A)(i); U.S.S.G. § 1B1.13. Because of his young age and the absence of any health condition making him particularly susceptible to the virus, Mr. Boney's motion for compassionate release (ECF No. 65) is DENIED.

SO ORDERED.

Dated this 21st day of September, 2020.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE